UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

-vs-                                      Case No. 1:17-cr-10063-STA

**CORTEZ CALLAWAY,**

    **Defendant.**
_____

**CORRECTED ORDER ON MOTION TO EXTEND MOTION AND PLEA DEADLINES**
_____

    This matter came to be heard before the Court upon a Motion to Extend Motion and Plea Deadlines and issue a new scheduling order, and without opposition of the Government, the motion is well taken and is hereby granted.

    IT IS THEREFORE ORDERED that the motion and plea deadlines in this case shall be extended thirty (30) days from the date of entry of this order. A new scheduling order will not be entered at this time, and a new trial date will be set by separate order.

    Entered this 23rd day of January, 2018.

                                                      s/ S. Thomas Anderson
                                                      CHIEF UNITED STATES DISTRICT JUDGE