UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**-vs-**                                                            Case No. 1:17-cr-10063-STA

**CORTEZ CALLAWAY,**

    **Defendant.**

---

**ORDER ON MOTION TO CONTINUE SENTENCING AND NOTICE OF RESETTING**

---

This matter came to be heard before the Court upon a Motion to Continue Sentencing, and without opposition of the Government, the motion is well taken and is hereby granted.

IT IS THEREFORE ORDERED, that the Sentencing hearing in this matter currently scheduled for September 7, 2018, shall be rescheduled to **October 19, 2018, at 1:30 p.m.**

Entered this 5th day of September, 2018.

                                                             s/S. Thomas Anderson

                                                             CHIEF U.S. DISTRICT JUDGE