IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cr. Nos. 1:17-cr-10063-STA |
| ) | |
| CORTEZ CALLAWAY, ) | |
| ) | |
| Defendant. ) | |

**ORDER AND NOTICE OF RESETTING**

The United States has moved this Court to continue the motion hearing in the above-referenced matter, originally scheduled for Thursday, November 8, 2018, at 9:30 a.m.

Wherefore, for good cause, the motion hearing is re-set for Friday, November 30, 2018 at 3:00 p.m.

IT IS SO ORDERED this 6th day of November, 2018.

                                                      s/S. Thomas Anderson
                                                    S. THOMAS ANDERSON
                                                    CHIEF UNITED STATES DISTRICT JUDGE