UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　Case No. 1:17-cr-10063-STA

**CORTEZ CALLAWAY,**

    **Defendant.**

---

**ORDER ON MOTION TO CONTINUE SENTENCING AND NOTICE OF RESETTING**

---

This matter came to be heard before the Court upon a Motion to Sentencing, and without opposition of the Government, the motion is well taken and is hereby granted.

IT IS THEREFORE ORDERED, that the sentencing hearing date in this matter be rescheduled from February 19, 2019, at 10:30 a.m., to March 12, 2019, at 11:00 a.m.

Entered this 15th day of February, 2019.

                                                s/S. Thomas Anderson

                                                CHIEF U.S. DISTRICT JUDGE